**Fill in this information to identify the case:**

Debtor 1        Monica L. Jones

Debtor 2

United States Bankruptcy Court for the: Southern District of Ohio

Case number :    1:18-bk-10117

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | **MTGLQ Investors, L.P.** | **Court claim no.** (if known): | **10** |
| **Last 4 digits** of any number you use to identify the debtor's account: | **0916** | **Date of payment change:** Must be at least 21 days after date of this notice | **12/01/2020** |
| | | **New total payment:** Principal, interest, and escrow, if any | **$597.25** |

---

**Part 1:**   **Escrow Account Payment Adjustment**

1.   **Will there be a change in the debtor's escrow account payment?**

[ ] No

[X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
    Describe the basis for the change. If a statement is not attached, explain why:

        Current escrow payment: $290.97                New escrow payment: $235.85

---

**Part : 2**   **Mortgage Payment Adjustment**

2.   **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

[X] No

[ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a
    notice is not attached, explain why:

        Current interest rate:                New interest rate:
        Current Principal and interest payment:                New principal and interest payment:

---

**Part 3:**   **Other Payment Change**

3.   **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

[X] No

[ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification
    agreement. (Court approval may be required before the payment change can take effect).
    Reason for change:
        Current mortgage payment:                New mortgage payment:

Debtor 1   Monica L. Jones _____     Case number (if known) _____1:18-bk-10117_____

First Name         Middle Name         Last Name

---

| Part 4: | Sign Below |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ]  I am the creditor.

[X]  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Christopher Giacinto _____     Date ___10/29/2020___

Signature

Print:          Christopher Giacinto _____     Title   Authorized Agent for Creditor

Company         Padgett Law Group

Address         6267 Old Water Oak Road, Suite 203

                Tallahassee FL, 32312

Contact phone   (850) 422-2520          Email          PLGinquiries@padgettlawgroup.com

---

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties

on the attached Service List by electronic service and/or by First Class U.S. Mail on this the ___29th___ day of

October, 2020.



/S/ Christopher Giacinto

_____

CHRISTOPHER GIACINTO
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 1:18-bk-10117)

Debtor
Monica L. Jones
1645 Joseph Court
Cincinnati, OH 45231

Attorney
John W Rose
35 East Seventh Street
Suite 610
Cincinnati, OH 45202-2403

Trustee
Margaret A Burks
600 Vine Street
Suite 2200
Cincinnati, OH 45202

US Trustee
Asst US Trustee (Cin)
Office of the US Trustee
J.W. Peck Federal Building
550 Main Street, Suite 4-812
Cincinnati, OH 45202

# Shellpoint
## Mortgage Servicing

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

Analysis Date:                                    October 02, 2020
Loan:
Property Address:
1645 Joseph Ct
Cincinnati, OH  45231

MONICA L JONES
1645 Joseph Ct
Cincinnati OH  45231

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains  the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Dec 01, 2020 |
|---|---|---|
| P & I Pmt: | $361.40 | $361.40 |
| Escrow Pmt: | $235.99 | $235.85 |
| Other Funds Pmt: | $0.00 | $0.00 |
| Asst. Pmt (-): | $0.00 | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 |
| Total Payment | $597.39 | $597.25 |

| Prior Esc Pmt | September 01, 2020 |
|---|---|
| P & I Pmt: | $361.40 |
| Escrow Pmt: | $290.97 |
| Other Funds Pmt: | $0.00 |
| Asst. Pmt (-): | $0.00 |
| Resrv Acct Pmt: | $0.00 |
| Total Payment | $652.37 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | February 01, 2020 |
| Escrow Balance: | $210.02 |
| Anticipated Pmts to Escrow: | $2,524.84 |
| Anticipated Pmts from Escrow (-): | $0.00 |
| Anticipated Escrow Balance: | $2,734.86 |

| Shortage/Overage Information | Effective Dec 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $2,830.17 |
| Required Cushion | $471.70 |
| Required Starting Balance | $1,650.92 |
| Escrow Shortage | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 471.70. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 471.70 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Sept 2020 to Nov 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow | | Payments From Escrow | | Description | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| | Anticipated | Actual | Anticipated | Actual | | Required | Actual |
| | | | | | Starting Balance | 1,053.61 | (4,312.20) |
| Sep 2020 | 290.97 | 235.99 | 55.12 | 220.48 | * Lender Placed Wind | 1,289.46 | (4,296.69) |
| Sep 2020 | | 221.98 | | | * Insurance Refund | 1,289.46 | (4,074.71) |
| Oct 2020 | 290.97 | | 55.12 | | * Lender Placed Wind | 1,525.31 | (4,074.71) |
| Nov 2020 | 290.97 | | 55.12 | | * Lender Placed Wind | 1,761.16 | (4,074.71) |
| | | | | | Anticipated Transactions | 1,761.16 | (4,074.71) |
| Nov 2020 | | 2,524.84 P | | | | | (1,549.87) |
| | $872.91 | $2,982.81 | $165.36 | $220.48 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount .  If you want a further explanation, please call our toll -free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown .

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Analysis Date:                    October 02, 2020
Loan:

### Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 2,734.86 | 1,650.92 |
| Dec 2020 | 235.85 | | | 2,970.71 | 1,886.77 |
| Jan 2021 | 235.85 | | | 3,206.56 | 2,122.62 |
| Feb 2021 | 235.85 | 764.65 | County Tax | 2,677.76 | 1,593.82 |
| Mar 2021 | 235.85 | | | 2,913.61 | 1,829.67 |
| Apr 2021 | 235.85 | 1,309.00 | Hazard | 1,840.46 | 756.52 |
| May 2021 | 235.85 | | | 2,076.31 | 992.37 |
| Jun 2021 | 235.85 | 756.52 | County Tax | 1,555.64 | 471.70 |
| Jul 2021 | 235.85 | | | 1,791.49 | 707.55 |
| Aug 2021 | 235.85 | | | 2,027.34 | 943.40 |
| Sep 2021 | 235.85 | | | 2,263.19 | 1,179.25 |
| Oct 2021 | 235.85 | | | 2,499.04 | 1,415.10 |
| Nov 2021 | 235.85 | | | 2,734.89 | 1,650.95 |
| | $2,830.20 | $2,830.17 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 2,734.86.  Your starting balance (escrow balance required) according to this analysis should be $1,650.92.

We anticipate the total of your coming year bills to be 2,830.17.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $235.85 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $235.85 |

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, T NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION